# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANIEL PENDERGAST,

       Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　5:05CV32

JO ANNE B. BARNHART,
Commissioner of Social Security

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2006 Order.

                                 Signed: June 23, 2006

                                 Frank G. Johns, Clerk
                                 United States District Court